THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANK DOPAK, Defendant-Appellant.

(No. 57814; )

First District (5th Division)—April 6, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

DAVID J. HILL, Plaintiff-Appellant, *v.* NATURAL GAS PIPELINE COMPANY OF AMERICA, Defendant-Appellee.

(No. 55619; )

First District (1st Division)—April 9, 1973.